1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                          EASTERN DISTRICT OF CALIFORNIA

9

10   NICHOLAS E. PHILLIPS,                    1:09-cv-00425-TAG (HC)

11              Petitioner,
                                             ORDER AUTHORIZING
12        vs.                                IN FORMA PAUPERIS STATUS

13   TOM FELKER,

14              Respondent.
                                        /
15

16        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

17   pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to

18   proceed *in forma pauperis*.  The petition will be screened in due course.

19

20   IT IS SO ORDERED.

21   Dated:   **March 27, 2009**                          **/s/ Theresa A. Goldner**
                                                       UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28